THE STATE EX REL. MUSOLFF, APPELLANT, *v.* CLEVELAND
ELECTRIC ILLUMINATING COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Musolff v. Cleveland Elec.
Illum. Co.* (1999), 84 Ohio St.3d 362.]

(No. 97–2636—Submitted November 10, 1998—Decided January 20, 1999.)

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

*Roetzel & Andress, Robert E. Blackham* and *Doug S. Musick,* for appellee
Cleveland Electric Illuminating Co.

*Betty D. Montgomery,* Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellee Industrial Commission.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the
court of appeals.

COOK, J., not participating.